**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6233**

_____

MALCOLM A. JORDAN,

        Plaintiff - Appellant,

    v.

JORDAN FLY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-ct-03013-BO-RJ)

_____

Submitted:  May 23, 2023                    Decided:  May 26, 2023

_____

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Malcolm A. Jordan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcom A. Jordan appeals the district court's order dismissing his complaint for failure to comply with the magistrate judge's order directing Jordan to correct certain deficiencies in his complaint. Although the magistrate judge warned Jordan that failure to comply could result in the dismissal of his action, Jordan did not remedy the identified deficiencies. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jordan v. Fly*, No. 5:23-ct-03013-BO-RJ (E.D.N.C. signed Feb. 23 & entered Feb. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2